ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
DRIVETIME CAR SALES, INC.,
DT CREDIT CORPORATION, DRIVETIME
SALES AND FINANCE CORPORATION,
DRIVETIME AUTOMOTIVE GROUP, INC., and
DT ACCEPTANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIA ANDERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DRIVETIME CAR SALES, INC., an Arizona corporation; DT CREDIT CORPORATION, an Arizona corporation; DRIVETIME SALES AND FINANCE CO., a business entity form unknown; DRIVETIME AUTOMOTIVE GROUP, a business entity form unknown; and DT ACCEPTANCE CORPORATION, business entity form unknown,<br><br>Defendant. | CASE No. CV08-02543 GPS (AGRx)<br><br>**ORDER ADOPTING CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**<br><br>Hon. Alicia G. Rosenberg |

LEGAL_US_W # 59650683.1

1

## PROTECTIVE ORDER

2

3
Having considered the parties' Confidentiality Agreement and

4
Protective Order ("Confidentiality Agreement"), and upon a finding of good cause,

5
the Court hereby enters a protective order governing the parties' exchange of

6
information and data for the purposes of settlement negotiations in the present

action, subject to the terms stated in the Confidentiality Agreement.

7

8
IT IS SO ORDERED.

9

10

11

12
Dated:  August 18, 2008            _____

13
Hon. Alicia G. Rosenberg
United States District Court Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 59650683.1

-1-

[PROPOSED] ORDER ADOPTING CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER